# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANNEY LEE HENNAGIR,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:13-CV-0283-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 22. Attorney David L. Lybbert represents Plaintiff; Special Assistant United States Attorney Terrye E. Shea represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 8. After considering the file, and proposed order,

**IT IS ORDERED:**

1. The parties' Stipulated Motion For Remand, **ECF No. 22**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall hold a new hearing and: (1) evaluate Plaintiff's mental impairments in consideration of the opinion of Aaron R. Burdge, Ph.D., dated October 19, 2011, in a manner consistent with SSR

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

96-2p, 96-6p and 96-8p; (2) further evaluate Plaintiff's residual functional capacity; and (3) obtain supplemental vocational expert evidence at steps four and five of the sequential evaluation process if necessary. The ALJ will take any other actions necessary to develop the record, and Plaintiff may submit additional evidence and arguments to the ALJ.

2. Judgment shall be entered for **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 18**, is **STRICKEN AS MOOT**.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED April 17, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2